In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-17-00479-CV

_____

IN RE ACE REAL PROPERTY INVESTMENTS, LP

_____

Original Proceeding
284th District Court of Montgomery County, Texas
Trial Cause No. 16-12-14842

_____

## ORDER

Ace Real Property Investments, LP filed a petition for writ of mandamus. The relator is the plaintiff in Cause No. 16-12-14842, Ace Real Property Investments, LP v. Cedar Knob Investments, LLC, et al. Relator seeks a writ compelling the Honorable Cara Wood, Judge of the 284th District Court of Montgomery County, Texas, to vacate an order disqualifying counsel. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017).

Relator requests a stay of all trial court proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent

1

undue prejudice. It is ORDERED that all further proceedings in Cause No. 16-12-14842 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED January 2, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.